## Commonwealth *v.* Lubeck, et al., Appellants.

Argued December 6, 1974. Before Watkins, P. J., Jacobs, Cercone, Price, and Spaeth, JJ. (Hoffman and Van der Voort, JJ., absent).

*Daniel Quinlan,* for appellants, Jonathan DeYoung and George Harris Lubeck.

*David A. Silverstein,* with him *Techner, Rubin, Shapiro, Silverstein & Slass,* for appellant, Norman Schutzbank.

*Malcolm P. Rosenberg,* with him *Charles S. Lieberman,* and *Wolov, Rosenberg and Alexy,* for appellant, Jerome Slobotkin.

*Herbert S. Levin,* with him *Howard R. Flaxman, Abraham C. Reich,* and *Fox, Rothschild, O'Brien & Frankel,* for appellants, Sidney Stanley Taylor, David Lee Zalles, and Robert Alfred Friedman.

*Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM, September 22, 1975:

Judgments of sentence charging Establishing Gambling Places and Conspiracy are vacated, and the appellants discharged. See Act of December 6, 1972, P.L. 1482, No. 334, § 1, 18 Pa. C.S. § 312 (1973).

HOFFMAN and VAN DER VOORT, JJ., did not participate in the consideration or decision of this case.